No. 514. RAMIREZ *v.* UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE. C. A. D. C. Cir. Certiorari denied. *David Carliner* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for respondent.

No. 517. LUMAN *v.* TANZLER ET AL. C. A. 5th Cir. Certiorari denied. *Robert P. Smith, Jr.,* for petitioner. *William Lee Allen* and *Claude L. Mullis, Sr.,* for respondents.

No. 518. HENDLER ET AL. *v.* WOLOZIN ET AL. App. Ct. Ill., 1st Dist. Certiorari denied. *Leo S. Karlin* for petitioners. *Alvin G. Hubbard* for Wolozin et al., and *Jerome F. Dixon* and *George J. Schaller* for Chicago Transit Authority et al., respondents.

No. 521. FIDANZI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Julius Lucius Echeles* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for the United States.

No. 523. TRI-VALLEY GROWERS, FORMERLY TRI-VALLEY PACKING ASSN. *v.* FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied. *Ricardo J. Hecht* for petitioner. *Solicitor General Griswold, Assistant Attorney General McLaren, Howard E. Shapiro, Henry Osterman,* and *Harold D. Rhynedance, Jr.,* for respondent.

No. 525. WELLING *v.* WELLING. App. Ct. Ind. Certiorari denied. *John H. Baldwin* for petitioner.